**MEMO ENDORSED**

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com





July 21, 2010

Honorable Judge Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Tyco Int'l Ltd. v. L. Dennis Kozlowski, No. 02 Civ. 7317**
**Withdrawal of Attorney**

Dear Judge Griesa:

Please be advised that I am no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for defendant in the captioned matter.

I hereby respectfully request your permission to have my name removed from the court's docket and ECF electronic mailing distribution list. Will you please, therefore, signify your approval of this withdrawal by having this letter memo endorsed so that the clerk may modify and update the court's records.

Thank you for your courtesy and cooperation.

Respectfully submitted,

Rosa Castello

Approved.
7/30/10

Thomas P. Griesa
U.S.D.J.

23236376v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai