Marshall Beil
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
(212) 548-7004
*Attorneys for Plaintiffs*
*Tyco International Ltd. and*
*Tyco International (US) Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYCO INTERNATIONAL LTD. and TYCO
INTERNATIONAL (US) INC.

                                 Plaintiffs,

         – against –

L. DENNIS KOZLOWSKI

                               Defendant.

02 Civ. 7317 (TPG)

ECF Case

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Marshall Beil, attorney for plaintiff, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  CHARLES WM. MCINTYRE
    Firm Name:  McGuireWoods LLP
    Address:  1050 Connecticut Avenue, NW, Suite 1200
    City/State/Zip:  Washington, DC 20036
    Phone Number:  202-857-1742
    Fax Number:  202-828-2967
    Email Address:  cmcintyre@mcguirewoods.com

Is admitted to practice *pro hac vice* as counsel for plaintiff in the above-captioned case in the United Stated District Court for the Southern District of New York. All attorneys appearing before this Court as subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECT password at nsyd.uscourts.gov. Counsel shall forward the *pro hac vice fee* to the Clerk of the Court.

SO ORDERED:

*[signature]*
───────────────────────
           U.S.D.J.

Dated: ~~June ___ 2010~~

Aug. 18, 2010

2