UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TYCO INTERNATIONAL, LTD. and TYCO INTERNATIONAL (US), INC., Plaintiffs/Counterclaim Defendants, | : | No. 02 Civ. 7317 (TPG) **ECF CASE** |
| v. | : | Oral Argument Requested |
| L. DENNIS KOZLOWSKI, Defendant/Counterclaim Plaintiff. | : | |

**NOTICE OF MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND ENTRY OF PARTIAL FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and upon all prior pleadings and proceedings herein, the undersigned, counsel to defendant/counterclaim-plaintiff L. Dennis Kozlowski, hereby move this Court for an order (i) granting certification for interlocutory appeal of the Court's December 1, 2010, opinion and order pursuant to 28 U.S.C. § 1292(b); and (ii) directing partial final judgment of Mr. Kozlowski's counterclaims pursuant to Fed. R. Civ. P. 54(b), and for such other and further relief as the Court may deem just and proper.

Dated: New York, NY
December 22, 2010

Respectfully submitted,

_/s/[Robert N. Shwartz]_____________

Robert N. Shwartz
Jyotin Hamid
Daniel Weiskopf
rnshwartz@debevoise.com
jhamid@debevoise.com
dweiskop@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
212.909.6000

*Counsel to Defendant/Counterclaim Plaintiff L. Dennis Kozlowski*