Marshall Beil
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
(212) 548-7004
*Attorneys for Plaintiffs*
Tyco International Ltd. and Tyco International (US) Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.,      :   Case No. 02-cv-7317 (TPG)
                                   :
                    Plaintiffs,    :   ECF Case
                                   :
        -against-                  :   [~~PROPOSED~~] ORDER TO
                                   :   SEAL
L. DENNIS KOZLOWSKI,               :
                                   :
                    Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon consideration of Plaintiffs' letter application, dated March 10, 2011, for an order to file a motion under seal, and good cause having been shown, it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with Plaintiffs' Motion for Partial Summary Judgment On Damages under seal pending further order of the Court.

DATED:  New York, New York
        March 10, 2011

                                          _____
                                          United States District Judge