Marshall Beil
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
(212) 548-7004
*Attorneys for Plaintiffs*
*Tyco International Ltd. and Tyco International (US) Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

| | |
|---|---|
| TYCO INTERNATIONAL LTD. and TYCO INTERNATIONAL (US) INC. | : <br> : Case No. 02-cv-7317 (TPG) <br> : |
| Plaintiffs, | : ECF Case <br> : |
| -against- | : **PLAINTIFFS' NOTICE OF** <br> : **MOTION FOR PARTIAL** |
| L. DENNIS KOZLOWSKI, | : **SUMMARY JUDGMENT** <br> : **ON DAMAGES** |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Linda A. Auger, dated March 9, 2011, the declaration of Margaret E. Dylak, dated March 9, 2011, the exhibits to the declarations, Plaintiffs' Rule 56.1 Statement, Plaintiffs' memorandum of law, the Court's decision dated December 1, 2010, and all prior pleadings and proceedings herein, Plaintiffs Tyco International Ltd. and Tyco International (US) Inc. will move this Court, at a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56(a) for partial summary judgment as to damages, and for such other and further relief as the Court may deem just and

proper.

Dated: New York, New York
       March 11, 2010

Yours, etc.,

_____s/_____
Marshall Beil
MCGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105-0106
Telephone: (212) 548-7004

and

Charles Wm. McIntyre
Brian E. Pumphrey
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Telephone: (804) 775-1000

*Attorneys for Plaintiffs Tyco International Ltd. and Tyco International (US), Inc.*

TO:

Robert N. Shwartz
Jyotin Hamid
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000

*Attorneys for Defendant L. Dennis Kozlowski*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of March, 2011, I caused the foregoing *Plaintiffs' Notice Of Motion For Partial Summary Judgment On Damages, the Declaration of Linda A. Auger, the Declaration of Margaret E. Dylak, the exhibits to the declarations, Plaintiff's Rule 56.1 Statement and Plaintiffs' Memorandum of Law,* all to be served by hand upon the Clerk of the Court to be filed under seal and to be served on the attorneys for defendant named below by hand delivery to the address below. I further certify that on the 11th day of March, 2011, I filed a redacted version of such motion papers on the Court's CM/ECF system which will send notification all counsel of record, to wit:

Robert N. Shwartz
Jyotin Hamid
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Attorneys for Defendant.*

                                                                               s/Marshall Beil
                                                                         *Attorney for Plaintiffs*

\29888804.1