IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYCO INTERNATIONAL LTD. and<br>TYCO INTERNATIONAL (US) INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>L. DENNIS KOZLOWSKI,<br><br>Defendant/Counterclaim Plaintiff. | Case No. 02-cv-7317 (TPG) |

### DECLARATION OF MARGARET E. DYLAK IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL <u>SUMMARY JUDGMENT AS TO DAMAGES</u>

I, Margaret E. Dylak, a paralegal at McGuireWoods LLP and assistant to counsel for Plaintiffs Tyco International Ltd. and Tyco International (US) Inc, respectfully submit this declaration in support of Plaintiffs' motion for partial summary judgment as to damages, and declare under penalty of perjury as follows:

1. <u>Exhibit 10</u> to the Declaration of Linda Auger is a true and correct copy of the transcript from the sentencing proceeding in *People v. Kozlowski and Swartz*, Supreme Court, New York County, No. 5259/02, dated September 19, 2005.

2. <u>Exhibit 24</u> to the Declaration of Linda Auger is a true and correct copy of L. Dennis Kozlowski's 2007 federal tax return that was produced by Mr. Kozlowski in this litigation (LDKTRO0000715-844).

Signed this 9th day of March, 2011 in Richmond, VA:

*/s/ Margaret E. Dylak*
Margaret E. Dylak