## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of March, 2011, I caused the foregoing *Plaintiffs' Notice Of Motion For Partial Summary Judgment On Damages, the Declaration of Linda A. Auger, the Declaration of Margaret E. Dylak, the exhibits to the declarations, Plaintiff's Rule 56.1 Statement and Plaintiffs' Memorandum of Law,* all to be served by hand upon the Clerk of the Court to be filed under seal and to be served on the attorneys for defendant named below by hand delivery to the address below. I further certify that on the 11th day of March, 2011, I filed a redacted version of such motion papers on the Court's CM/ECF system which will send notification all counsel of record, to wit:

Robert N. Shwartz
Jyotin Hamid
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue, 31st Floor
New York, NY 10022
*Attorneys for Defendant.*

_____
*Attorney for Plaintiffs*

\29888804.1