# MEMO ENDORSED

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Brian E. Pumphrey
Direct: 804.775.7745

## McGUIREWOODS

bpumphrey@mcguirewoods.com
Direct Fax: 804.698.2018

*A application granted*
*SO ORDERED —*

*USDJ*
*7-11-11*
*Part I*

**BY FACSIMILE (212) 805-7908**

July 6, 2011

Honorable Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007

**RE:    Tyco International Ltd., et al. v. L. Dennis Kozlowski
Civil Action No. 02CV7317 (TPG)**

Dear Judge Griesa:

This Firm represents the Plaintiffs ("Tyco") in the above-styled matter. On March 11, Tyco filed a motion for summary judgment as to damages. Tyco's memorandum and statement of undisputed facts were each 12 pages in length. On June 9, Mr. Kozlowski filed a 25-page memorandum in opposition and a 61-page statement and counterstatement of facts.

Tyco's reply brief is due to be filed on July 11. On July 5, undersigned counsel sought the consent of Mr. Kozlowski's counsel for Tyco to file a reply brief not to exceed 15 pages in length. On July 6, counsel for Mr. Kozlowski refused to consent to the additional five pages.

Accordingly, Tyco respectfully requests that the Court enter an Order granting Tyco leave to file a reply brief not to exceed 15 pages in length. Good cause exists to grant Tyco the additional five pages so that it can properly respond to the 86 pages of pleadings filed by Mr. Kozlowski.

Thank you for your courtesy and attention to this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/11

Respectfully submitted,

Brian E. Pumphrey
*Admitted Pro Hac Vice*

cc:    Robert N. Shwartz and Jyotin Hamid, Esqs., counsel for Mr. Kozlowski

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington