IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYCO INTERNATIONAL LTD. and<br>TYCO INTERNATIONAL (US) INC., ) <br> ) | Case No. 02-cv-7317 (TPG) |
| Plaintiffs/Counterclaim Defendants, ) | |
| v. ) | |
| L. DENNIS KOZLOWSKI, ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## SUPPLEMENTAL DECLARATION OF MARGARET E. DYLAK IN SUPPORT OF TYCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES

I, Margaret E. Dylak, a paralegal at McGuireWoods LLP and assistant to counsel for Plaintiffs Tyco International Ltd. and Tyco International (US) Inc., respectfully submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment on Damages, and declare under penalty of perjury as follows:

1. Exhibit 33 to the Supplemental Declaration of Linda A. Auger in Support of Tyco's Motion for Partial Summary Judgment on Damages is a true and correct copy of the Report on Assets and Liabilities of L. Dennis Kozlowski as of March 31, 2011, dated May 2, 2011.

Signed this 8th day of July, 2011 in Richmond, VA:

*Margaret E. Dylak*
Margaret E. Dylak