

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.,

    Plaintiffs/Counterclaim Defendants,

    – against –

L. DENNIS KOZLOWSKI,

    Defendant/Counterclaim Plaintiff.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

Case No. 02-cv-7317 (TPG)

ECF Case

**ORDER FOR ADMISSION**
*PRO HACE VICE*

The motion of **Mark L. Levine** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **Mark L. Levine** |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 W. Hubbard Street, Suite 300 |
| City/State/Zip: | Chicago, IL 60654 |
| Phone Number: | 312-494-4454 |
| Fax Number: | 312-494-4440 |
| E-mail: | mark.levine@bartlit-beck.com |

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiffs Tyco International, Ltd. and Tyco International (US) Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

\37443524.1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: April  , 2012

SO ORDERED:

Thomas P. Griesa
United States District Judge

\37443524.1