UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.,   :   Case No. 02-cv-7317 (TPG)

   Plaintiffs/Counterclaim Defendants,   :   ECF Case

          – against –   :   **MOTION TO ADMIT COUNSEL**
                  :   ***PRO HACE VICE***
L. DENNIS KOZLOWSKI,   :

   Defendant/Counterclaim Plaintiff.   x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **Karma M. Giulianelli**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for plaintiffs Tyco International, Ltd. and Tyco International (US) Inc. in the above-captioned action.

I am a member in good standing of the bars of the states of California and Colorado and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: *April 11*, 2012

                                              Respectfully submitted,

                                              _/s/ Karma Giulianelli_

| | |
|---|---|
| Applicant's Name: | **KARMA M. GIULIANELLI** |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 1899 Wynkoop Street, Suite 800 |
| City/State/Zip: | Denver, CO 80202 |
| Phone Number: | 303-592-3165 |
| Fax Number: | 303-592-3140 |
| E-mail: | karma.giulianelli@bartlit-beck.com |

\37443524.1

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 4, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KARMA MICAELA GIULIANELLI, #184175 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan**   Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**KARMA MICAELA GIULIANELLI**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **4th** day of **October** A. D. **1999** and that at the date hereof the said **KARMA MICAELA GIULIANELLI** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **20th** day of **March** A. D. **2012**

*Christopher T. Ryan*
Clerk

By *Carla Trujillo*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
TYCO INTERNATIONAL LTD. and :
TYCO INTERNATIONAL (US) INC., :
: Case No. 02-cv-7317 (TPG)
   Plaintiffs/Counterclaim Defendants, :
: ECF Case
          – against – :
: **CERTIFICATE OF SERVICE**
L. DENNIS KOZLOWSKI, :
:
   Defendant/Counterclaim Plaintiff. x
--------------------------------------

       This is to certify that a true and correct copy of **Karma M. Giulianelli's** Motion to Admit Counsel *Pro Hac Vice* and an Order for Admission *Pro Hac Vice* will be served on defendant L. Dennis Kozlowski, via the Court's CM/ECF System and also by deposit of the same with the United States Postal Service, first class mail, postage prepaid to:

**Robert N. Shwartz**
**Rosa Collette Castello**
**Shannon Rose Selden**
**Jyotin Hamid**
Debovoise & Plimpton, LLP (NYC)
919 Third Avenue, 31st Floor
New York, NY 10022

Dated: *APRIL 11*, 2012

                                                    _____
                                                             James J. Simonelli

\37443524.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.,

    Plaintiffs/Counterclaim Defendants,

        – against –

L. DENNIS KOZLOWSKI,

    Defendant/Counterclaim Plaintiff.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 02-cv-7317 (TPG)

ECF Case

**ORDER FOR ADMISSION**
*PRO HACE VICE*

    The motion of **Karma M. Giulianelli** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the states of Colorado and Illinois; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **KARMA M. GIULIANELLI** |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 1899 Wynkoop Street, Suite 800 |
| City/State/Zip: | Denver, CO 80202 |
| Phone Number: | 303-592-3165 |
| Fax Number: | 303-592-3140 |
| E-mail: | karma.giulianelli@bartlit-beck.com |

    Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiffs Tyco International, Ltd. and Tyco International (US) Inc. in the above entitled action;

    **IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

\37443524.1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2012                                  SO ORDERED:

                                                           _____
                                                           United States District Judge

\37443524.1