UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.,

    Plaintiffs/Counterclaim Defendants,

– against –

L. DENNIS KOZLOWSKI,

    Defendant/Counterclaim Plaintiff.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 02-cv-7317 (TPG)

ECF Case

**MOTION TO ADMIT COUNSEL
PRO HACE VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **DENNIS P. LYNCH**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for Plaintiffs/Counterclaim Defendants Tyco International, Ltd. and Tyco International (US) Inc. in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 12, 2012

                                     Respectfully submitted,

| | |
|---|---|
| Applicant's Name: | **DENNIS P. LYNCH** |
| Company Name: | Tyco International |
| Address: | 9 Roszel Road |
| City/State/Zip | Princeton, New Jersey 08540 |
| Phone Number: | (609) 720-4321 |
| E-mail | dlynch@tyco.com |

\38737684.1



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Dennis P. Lynch, Esq.**

DATE OF ADMISSION

**November 14, 1984**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  May 30, 2012

_____
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TYCO INTERNATIONAL, et al.
TYCO INTERNATIONAL (US) INC.,

    Plaintiffs/Counterclaim Defendants,

    – against –

L. DENNIS KOZLOWSKI,

    Defendant/Counterclaim Plaintiff.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 02-cv-7317 (TPG)

ECF Case

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of **DENNIS P. LYNCH's** Motion to Admit Counsel *Pro Hac Vice* and an Order for Admission *Pro Hac Vice* will be served on Defendant/Counterclaim Plaintiff L. Dennis Kozlowski via the Court's CM/ECF System.

Dated: June 19, 2012

                                                            James J. Simonelli

\38737684.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

TYCO INTERNATIONAL, LTD., et al.,
TYCO INTERNATIONAL (US) INC.,

    Plaintiffs/Counterclaim Defendants,

— against —

L. DENNIS KOZLOWSKI,

    Defendant/Counterclaim Plaintiff.

------------------------------------------------ :x

Case No. 02-cv-7317 (TPG)

ECF Case

**ORDER FOR ADMISSION**
*PRO HACE VICE*

The motion of **DENNIS P. LYNCH** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **DENNIS P. LYNCH** |
| Company Name: | Tyco International |
| Address: | 9 Roszel Road |
| City/State/Zip | Princeton, New Jersey 08540 |
| Phone Number: | (609) 720-4321 |
| E-mail: | dlynch@tyco.com |

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs/Counterclaim Defendants Tyco International, Ltd. and Tyco International (US) Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

\38737684.1

Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED:

Dated: _____, 2012

_____
United States District Judge