UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.,

      Plaintiffs/Counterclaim Defendants,

      – against –

L. DENNIS KOZLOWSKI,

      Defendant/Counterclaim Plaintiff.

- - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 02-cv-7317 (TPG)

ECF Case

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

COPY

RECEIVED
JUL 10 2012
U.S.D.C. S.D.N.Y.
CASHIERS

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **MATTHEW R. A. HEIMAN**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for Plaintiffs/Counterclaim Defendants Tyco International, Ltd. and Tyco International (US) Inc. in the above-captioned action.

      I am in good standing of the bar of the Commonwealth of Kentucky and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 9, 2012

                              Respectfully submitted,

| | |
|---|---|
| | *Matthew R. A. Heiman* |
| Applicant's Name: | **MATTHEW R. A. HEIMAN** |
| Company Name: | Tyco International |
| Address: | Freier Platz 10 |
| City/Zip: | CH-8200 Schaffhausen |
| Country: | Switzerland |
| Phone Number: | (+41) 52 633 0554 |
| E-mail | mheiman@tyco.com |

\40167284.1

# KENTUCKY BAR ASSOCIATION
### 514 WEST MAIN STREET
## FRANKFORT, KENTUCKY 40601-1812
### (502) 564-3795
### FAX (502) 564-3225
### www.kybar.org

**OFFICERS**
Margaret E. Keane
President

W. Douglas Myers
President-Elect

Thomas L. Rouse
Vice President

Bruce K. Davis
Past President

**YOUNG LAWYERS**
Rebekkah Bravo Rechter
Chair

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Douglas C. Ballantine
Anita M. Britton
Douglass Farnsley
Jonathan Freed
William R. Garmer
James D. Harris, Jr.
Richard Hay
Serieta G. Jaggers
David V. Kramer
Earl M. McGuire
Bobby Rowe
J. Stephen Smith
R. Michael Sullivan
M. Gail Wilson



## *THIS IS TO CERTIFY THAT*

## *MATTHEW ROY ALOYSIUS HEIMAN*
*Tyco International, Incorporated*
*Freier Platz 10*
*CH-8200 Schaffhausen*
*Switzerland*

## *Membership No. 87028*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 27th day of June, 2012.*

### *JOHN MEYERS*
### *REGISTRAR*

*By:* ~~Michele M. Pogrotsky~~

*Michele M. Pogrotsky, Deputy Registrar*



SUSAN STOKLEY CLARY
Clerk

OFFICE OF THE CLERK
**SUPREME COURT OF KENTUCKY**
ROOM 209, STATE CAPITOL
700 CAPITAL AVE.
FRANKFORT, KENTUCKY 40601-3488

Telephone:
(502) 564-4720
FAX:
(502) 564-5491

## CERTIFICATION

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the

records in this office show that _____ Matthew Roy Aloysius Heiman _____ having met the

necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of

this Commonwealth on ___ October 24, 1997 ___, and thereupon was admitted to practice as an

attorney before this and all other courts of the Commonwealth of Kentucky, and certify that

_____ Matthew Roy Aloysius Heiman _____ is an attorney at law in good standing, as such, in all the

courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the

Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this ___29th___ day of ___June___, ___2012___.

SUSAN STOKLEY CLARY
CLERK

By: *Chasity Kittrell*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
TYCO INTERNATIONAL, et al.                          :
TYCO INTERNATIONAL (US) INC.,                       :
                                                    :     Case No. 02-cv-7317 (TPG)
        Plaintiffs/Counterclaim Defendants,         :
                                                    :     ECF Case
            – against –                             :
                                                    :     **CERTIFICATE OF SERVICE**
L. DENNIS KOZLOWSKI,                                :
                                                    :
        Defendant/Counterclaim Plaintiff.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

        This is to certify that a true and correct copy of **MATTHEW R. A. HEIMAN's**

Motion to Admit Counsel *Pro Hac Vice* and an Order for Admission *Pro Hac Vice* will be

served on Defendant/Counterclaim Plaintiff L. Dennis Kozlowski via the Court's CM/ECF

System.


Dated: *July 9*, 2012


                                        _____
                                               James J. Simonelli

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - -   x

TYCO INTERNATIONAL, LTD., et al.,   :
TYCO INTERNATIONAL (US) INC.,   :

                             :   Case No. 02-cv-7317 (TPG)

    Plaintiffs/Counterclaim Defendants,   :

                             :   ECF Case

     – against –   :

                             :   **ORDER FOR ADMISSION**
L. DENNIS KOZLOWSKI,   :   *PRO HACE VICE*

                             :

    Defendant/Counterclaim Plaintiff.   :

- - - - - - - - - - - - - - - - - - - - - - - - -   :x



RECEIVED
JUL 10 2012
U.S.D.C. S.D.N.Y.
CASHIERS

      The motion of **MATTHEW R. A. HEIMAN** for admission to practice *pro hac vice* in the above-captioned action is granted.  Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Kentucky, and that his contact information is as follows:

               Applicant's Name:   **MATTHEW R. A. HEIMAN**
               Company Name:   Tyco International
               Address:   Freier Platz 10
               City/Zip:   CH-8200 Schaffhausen
               Country:   Switzerland
               Phone Number:   (+41) 52 633 0554
               E-mail:   mheiman@tyco.com

      Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs/Counterclaim Defendants Tyco International, Ltd. and Tyco International (US) Inc. in the above entitled action;

      **IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

\40167284.1

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED:

Dated: _____, 2012

_____
United States District Judge

