UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

TYCO INTERNATIONAL, LTD., et al.,
TYCO INTERNATIONAL (US) INC.,

    Plaintiffs/Counterclaim Defendants,

– against –

L. DENNIS KOZLOWSKI,

    Defendant/Counterclaim Plaintiff.

------------------------------- :x

Case No. 02-cv-7317 (TPG)

ECF Case

**ORDER FOR ADMISSION**
*PRO HACE VICE*

The motion of **MATTHEW R. A. HEIMAN** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Kentucky, and that his contact information is as follows:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/12
```

| | |
|---|---|
| Applicant's Name: | MATTHEW R. A. HEIMAN |
| Company Name: | Tyco International |
| Address: | Freier Platz 10 |
| City/Zip: | CH-8200 Schaffhausen |
| Country: | Switzerland |
| Phone Number: | (+41) 52 633 0554 |
| E-mail: | mheiman@tyco.com |

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs/Counterclaim Defendants Tyco International, Ltd. and Tyco International (US) Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

\40167284.1

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED:

Dated: 7/13/12

_____
United States District Judge

\40167284.1