Robert N. Shwartz (rnshwartz@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Shannon Rose Selden (srselden@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6000
Facsimile: 212.909.6836

Counsel to Defendant/Counterclaim Plaintiff
L. Dennis Kozlowski

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
TYCO INTERNATIONAL, LTD. and                       :
TYCO INTERNATIONAL (US), INC.,                     :
                                                   :
                                                   :  No. 02 Civ. 7317 (TPG)
              Plaintiffs/Counterclaim              :  **ECF CASE**
              Defendants,                          :
                                                   :  Oral Argument Requested
       v.                                          :
                                                   :
                                                   :
L. DENNIS KOZLOWSKI,                               :
                                                   :
              Defendant/Counterclaim               :
              Plaintiff.                           :
-----------------------------------------------------------------------x

### NOTICE OF MOTION *IN LIMINE* OF L. DENNIS KOZLOWSKI
### TO STRIKE PLAINTIFFS' JURY DEMAND

PLEASE TAKE NOTICE that, upon the accompanying (i) memorandum of law, (ii) declaration of Jyotin Hamid (and exhibits thereto) and (iii) upon all prior pleadings and proceedings herein, the undersigned, counsel to defendant/counterclaim plaintiff L. Dennis Kozlowski, hereby move this Court for an order striking the jury demand of

23704139v1

plaintiffs/counterclaim defendants, Tyco International, Ltd. and Tyco International (US), Inc., pursuant to Fed. R. Civ. P. 39(a)(2), and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
July 17, 2012

> Respectfully submitted,
> DEBEVOISE & PLIMPTON LLP
>
> /s/ Jyotin Hamid
> Robert N. Shwartz (rnshwartz@debevoise.com)
> Jyotin Hamid (jhamid@debevoise.com)
> Shannon Rose Selden (srselden@debevoise.com)
> 919 Third Avenue
> New York, New York 10022
> (212) 909-6000
> *Counsel to L. Dennis Kozlowski*