IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYCO INTERNATIONAL LTD. and TYCO INTERNATIONAL (US) INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> L. DENNIS KOZLOWSKI, <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 02-cv-7317 (TPG) |

**TYCO'S MOTION *IN LIMINE* NUMBER 7 REGARDING TYCO'S
ALLEGED RATIFICATION OF THE WALSH PAYMENT**

Plaintiffs Tyco International Ltd. and Tyco International (US) Inc. (collectively "Tyco") move *in limine* for an order precluding Defendant L. Dennis Kozlowski from offering testimony (through direct or cross examination), evidence, or argument that Tyco's Board of Directors ratified the $20 million fee paid to Frank Walsh, Jr. ("Walsh").

## ARGUMENT

Tyco expects that Kozlowski will argue that the Tyco Board of Directors retroactively ratified the $20 million fee Kozlowski paid to Walsh. For example, Kozlowski has designated testimony related to the Board's January 2002 discussion of the Walsh fee and the Board's decision to disclose that fee in a proxy statement to its shareholders. (*See, e.g.*, Kozlowski Crim. Tr. (4/27/2005) at 12200:11 – 12201:25; 12209:11 – 12212:2)

In rejecting the very argument that it appears Kozlowski intends to make at trial, the Second Circuit held that Tyco's Board of Directors lacked the authority to ratify a director's breach of fiduciary duties as a matter of law. *Tyco Int'l, Ltd. v. Walsh*, 455 F. App'x 55, 57 (2d Cir. 2012) (Summary Order) ("Assuming for the sake of argument that such breaches can be

ratified at all … only Tyco's shareholders would have been authorized to ratify Walsh's breach, and they did not do so."). Furthermore, the Second Circuit held that Tyco's Board could not retroactively authorize an unauthorized payment constituting a breach of fiduciary duty. *Id*. ("[O]nce a breach has occurred, … only a decision of the shareholders in general meeting can effect a release.").

Because Tyco's Board is legally incapable of retroactively ratifying the payment to Walsh, and it is undisputed that Tyco's shareholders did not ratify the payment, *id*. at 56, any argument that Tyco ratified the $20 million fee paid to Walsh is foreclosed as a matter of law. All argument, testimony, or evidence related to that argument should be excluded as irrelevant and unfairly prejudicial and confusing under Rules 402 and 403 of the Federal Rules of Evidence.

## CONCLUSION

For the foregoing reasons, Tyco requests that the Court prevent Kozlowski from offering testimony, evidence or, argument that Tyco's Board of Directors ratified the $20 million fee paid to Walsh.

Dated:  July 27, 2012             Respectfully submitted,

TYCO INTERNATIONAL LTD. and TYCO INTERNATIONAL (US) INC.


/s/ Mark L. Levine
Fred H. Bartlit, Jr.*
Karma M. Giulianelli*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO  80202
Telephone:     (303) 592-3100
Facsimile:     (303) 592-3140
fred.bartlit@bartlit-beck.com
karma.guilianelli@bartlit-beck.com

Mark Levine*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL  60654
Telephone:     (312) 494-4400
Facsimile:     (312) 494-4440
mark.levine@bartlit-beck.com

Marshall Beil
MCGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY  10105
Telephone:     (212) 548-2100
Facsimile:     (212) 548-2150
mbeil@mcguirewoods.com

Charles Wm. McIntyre*
MCGUIREWOODS LLP
2001 K. Street N.W., Suite 400
Washington, D.C.  20006
Telephone:     (202) 857-1700
Facsimile:     (202) 857-1737
cmcintyre@mcguirewoods.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs/Counterclaim Defendants Tyco International Ltd. and Tyco International (US) Inc.*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of July, 2012, I electronically filed the foregoing Tyco's Motion *in Limine* Number 7 Regarding Tyco's Alleged Ratification of the Walsh Payment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      Robert N. Shwartz
      Rosa Collette Castello
      Shannon Rose Selden
      Jyotin Hamid
      Debevoise & Plimpton, LLP (NYC)
      919 Third Avenue, 31st Floor
      New York, NY  10022
      Telephone:     (212) 909-6000
      Facsimile:      (212) 909-6836
      rnshwartz@debevoise.com
      rcastell@debevoise.com
      srselden@debevoise.com
      jhamid@debevoise.com


                                    /s/ Mark L. Levine
                                    By Counsel