IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYCO INTERNATIONAL LTD. and TYCO INTERNATIONAL (US) INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> L. DENNIS KOZLOWSKI, <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 02-cv-7317 (TPG) |

**TYCO'S NOTICE OF MOTION *IN LIMINE* NUMBER 8
TO EXCLUDE TESTIMONY OF UNDISCLOSED WITNESSES**

Plaintiffs Tyco International, Ltd. and Tyco International (US) Inc., by counsel, respectfully move this Court to exclude testimony from three undisclosed witnesses: Gary Fagin, Corrine Gehrls, and Richard Malloy. The grounds for this motion are set forth in the accompanying memorandum.

Dated:  July 27, 2012

Respectfully submitted,

TYCO INTERNATIONAL LTD. and TYCO INTERNATIONAL (US) INC.


/s/ Mark L. Levine
Fred H. Bartlit, Jr.*
Karma M. Giulianelli*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO  80202
Telephone:    (303) 592-3100
Facsimile:      (303) 592-3140
fred.bartlit@bartlit-beck.com
karma.guilianelli@bartlit-beck.com

Mark Levine*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL  60654
Telephone:    (312) 494-4400
Facsimile:      (312) 494-4440
mark.levine@bartlit-beck.com

Marshall Beil
MCGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY  10105
Telephone:    (212) 548-2100
Facsimile:      (212) 548-2150
mbeil@mcguirewoods.com

Charles Wm. McIntyre*
MCGUIREWOODS LLP
2001 K. Street N.W., Suite 400
Washington, D.C.  20006
Telephone:    (202) 857-1700
Facsimile:      (202) 857-1737
cmcintyre@mcguirewoods.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs/Counterclaim Defendants Tyco International Ltd. and Tyco International (US) Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of July, 2012, I electronically filed the foregoing Tyco's Notice of Motion *in Limine* Number 8 to Exclude Testimony of Undisclosed Witnesses with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      Robert N. Shwartz
      Rosa Collette Castello
      Shannon Rose Selden
      Jyotin Hamid
      Debevoise & Plimpton, LLP (NYC)
      919 Third Avenue, 31st Floor
      New York, NY  10022
      Telephone:     (212) 909-6000
      Facsimile:     (212) 909-6836
      rnshwartz@debevoise.com
      rcastell@debevoise.com
      srselden@debevoise.com
      jhamid@debevoise.com


                                  /s/ Mark L. Levine
                                  By Counsel