# Exhibit 3

```
SUPREME COURT         NEW YORK COUNTY
TRIAL TERM            PART 51
---------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK : Ind #
                                    : 5259-02
                                    :
                                    :
        AGAINST                     : CHARGE
                                    : G.L. 1
D. KOZLOWSKI & M. SWARTZ,           :
             Defendants             :
---------------------------------------x Trial
```

                    100 Centre Street
                    New York, New York 10013

                    April 27, 2005


B E F O R E:

    HONORABLE: MICHAEL OBUS,
        JUSTICE OF THE SUPREME COURT


APPEARANCES: (Same as previously noted)
----------------------------------------------
------------------------

        COURT OFFICER:   Come to order,
part     51 is now in session.
        THE COURT:  Good morning.  I
    understand we are waiting for one juror.
    Just with regard to the motions for the
    trial order of dismissals, I have
    considered the arguments made yesterday
    along with the record of the motions for

Randy Berkowitz, Court Reporter

1            Kozlowski-Direct
2       the record.
3       A.   My name is Dennis, Leo Dennis
4  Kozlowski, I go by Dennis, and I live in Palm
5  Beach County, Florida.
6            THE COURT:  Please go ahead
7       Mr. Kaufman.
8            MR. KAUFMAN:  Thank you.
9  DIRECT EXAMINATION
10 BY MR. KAUFMAN:
11      Q.   Good morning.
12      A.   Good morning.
13      Q.   Mr. Kozlowski, why are you here today
14 testifying before this jury?
15           MS. DONNELLY:  Objection.
16           THE COURT:  I'll permit that,
17      overruled.
18      A.   I'm here today testifying to the
19 ladies and gentlemen of this jury so I can
20 explain to them why I'm innocent of all of
21 these charges.
22      Q.   Are you aware of the charges against
23 you?
24      A.   Yes I am.
25      Q.   Did you commit any of the crimes

Randy Berkowitz, Court Reporter

1                Kozlowski-Direct
2    charged in the indictment?
3        A.   No I did not.
4        Q.   Did you ever intend to commit any
5    crime while you were the Chief Executive
6    Officer of Tyco?
7        A.   I never intended to commit any crime
8    at all when I was the Chief Executive Officer
9    of Tyco.
10       Q.   Did you ever receive any compensation
11   from Tyco that you did not believe you had
12   earned?
13       A.   No I did not.
14       Q.   Did you ever receive any bonuses from
15   Tyco that you did not believe you were
16   entitled to receive?
17       A.   Certainly not.
18       Q.   Did you ever misuse the Tyco loan
19   program?
20       A.   No I did not.
21       Q.   Did you ever misuse the Tyco
22   Relocation Program?
23       A.   No, I had many relocations at Tyco
24   and never misused any program.
25       Q.   Did you ever steal money from Tyco?

            Kozlowski-Direct
 2     A.    Absolutely not.
 3     Q.    In reference to Tyco, did you ever
 4  intentionally mislead investors or investment
 5  analysts?
 6     A.    No I did not.
 7     Q.    Did you ever falsify business records
 8  at Tyco?
 9     A.    I never falsified business records at
10  Tyco.
11     Q.    Did you ever conspire with anyone at
12  Tyco to commit a crime?
13     A.    I never conspired with anyone at Tyco
14  to commit a crime.
15     Q.    Did you ever aid or abet anyone at
16  Tyco to commit a crime?
17     A.    No, I did not.
18     Q.    What was your most recently held job?
19     A.    My most recently held job was
20  Chairman and Chief Executive Officer of Tyco
21  International.
22     Q.    Is that a large company?
23     A.    It is by virtually any measure, sales
24  or market capitalization, Tyco usually fell
25  within the top 25 companies in the world in

             Randy Berkowitz, Court Reporter