# Exhibit 4

Kozlowski, L. Dennis                DIN #05A4820                NYSID #1959351J

                                                                            1

NYS DEPARTMENT OF CORRECTIONAL SERVICES

AND COMMUNITY SUPERVISION

*************************************************************

                        Parole Board Hearing

                        In the Matter of

                        L. DENNIS KOZLOWSKI

                        DIN #     05A4820

                        NYSID #   1959351J

*************************************************************

TYPE OF HEARING:        Merit Release Appearance

LOCATION:               Lincoln Correctional Facility

                        Video-conferenced to the
                        New York Parole Office
                        314 West 40th Street
                        New York, New York

DATE:                   April 4, 2012

BEFORE:                 COMMISSIONER G. KEVIN LUDLOW
                        COMMISSIONER MICHAEL A. HAGLER
                        COMMISSIONER JOSEPH P. CRANGLE

ALSO PRESENT            SPO Gregory Seeley
                        APA Mary Beckett

HEARING REPORTER:       Eileen Arrigo, Hearing Reporter

                    PRECISE COURT REPORTING
        (516) 747-9393 (718) 343-7227 (212) 581-2570

Plaintiff
Tyco Trial
Exhibit 8
02 civ. 7317 (TPG)

Kozlowski, L. Dennis          DIN #05A4820          NYSID #1959351J

7

```
 1   correct, is that you were directed by the court to pay restitution
 2   in the amount of $134 million dollars, and in addition you were
 3   directed to pay a criminal fine of $70 million; is that correct?
 4              A.   Yes, sir, that is correct.
 5              Q.   Mr. Kozlowski, have those amounts been paid in
 6   full consistent with the order?
 7              A.   Yes, sir, they have been paid in full consistent
 8   with the order.
 9              Q.   It's been several years.  You're 65 years old.
10   This case has received, in the past it's received a tremendous
11   amount of publicity.  The world is certainly aware of that.  Do
12   you have any particular thoughts or reflections on your situation
13   and your convictions that you could share with the Board of Parole
14   today, sir?
15              A.   Yes, sir, I do.  Back when I was running Tyco, I
16   was living in a CEO-type bubble.  I had a strong sense of
17   entitlement at that time, and I had a sense of agreed, and in
18   doing so I stole money from Tyco, and I stole a lot of money, and
19   I did it the way you described through bonuses.  I'm very sorry I
20   did that.
21              As I reflected, and I knew I was doing something wrong
22   at some level when I did it, my conscience told me one thing, but
23   my sense of entitlement allowed me to rationalize what I did.
24   After I was in prison for a bit and thinking hard about what I
25   did, I recognized my rationalizations were just that, they were
```

PRECISE COURT REPORTING
(516) 747-9393 (718) 343-7227 (212) 581-2570