**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of July, 2012, I electronically filed the foregoing Declaration of Mark L. Levine In Support of Tyco's Opposition to the Motion *In Limine* Of L. Dennis Kozlowski to Strike Tyco's Jury Demand with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      Robert N. Shwartz
      Rosa Collette Castello
      Shannon Rose Selden
      Jyotin Hamid
      Debevoise & Plimpton, LLP (NYC)
      919 Third Avenue, 31st Floor
      New York, NY  10022
      Telephone:     (212) 909-6000
      Facsimile:      (212) 909-6836
      rnshwartz@debevoise.com
      rcastell@debevoise.com
      srselden@debevoise.com
      jhamid@debevoise.com

      /s/ Mark L. Levine
      By Counsel

4846-5166-6704, v.  1