UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | | |
|---|---|---|
| TYCO INTERNATIONAL, LTD. and<br>TYCO INTERNATIONAL (US), INC., | : <br> : <br> : | |
| Plaintiffs/Counterclaim<br>Defendants, | : <br> : <br> : | No. 02 Civ. 7317 (TPG)<br>**ECF CASE** |
| v. | : <br> : | |
| L. DENNIS KOZLOWSKI, | : <br> : | NOTICE OF APPEARANCE AND<br>REQUEST FOR ELECTRONIC |
| Defendant/Counterclaim<br>Plaintiff. | : <br> : <br> : <br> : | NOTIFICATION |

------------------------------------------------------------ x

     PLEASE TAKE NOTICE that L. Dennis Kozlowski appears in the case captioned above by his counsel, Johan Robert Abraham of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
       August 3, 2012

                                      DEBEVOISE & PLIMPTON LLP

                                      By: /s/ Johan Robert Abraham
                                      Johan Robert Abraham
                                      jrabraha@debevoise.com
                                      919 Third Avenue
                                      New York, New York  10022
                                      (212) 909-6000

                                      *Attorney for Defendant/Counterclaim Plaintiff*
                                      *L. Dennis Kozlowski*

23716654v1

TO:    Charles Wm. McIntyre
       McGuireWoods LLP
       2001 K. Street N.W., Suite 400
       Washington, D.C.  20006-1040
       Telephone:    (202) 857-1700
       Facsimile:    (202) 857-1737
       cmcintyre@mcguirewoods.com

       Mark L. Levine
       Bartlit Beck Herman Palenchar & Scott LLP
       53 W. Hubbard Street, Suite 300
       Chicago, IL  60654
       Telephone:    (312) 494-4400
       Facsimile:    (312) 494-4440
       mark.levine@bartlit-beck.com

       *Attorneys for Plaintiffs/Counterclaim
       Defendants Tyco International Ltd. and
       Tyco International (US) Inc.*