UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| TYCO INTERNATIONAL, LTD. and TYCO INTERNATIONAL (US), INC., | : <br> : <br> : |
| Plaintiffs/Counterclaim Defendants, | : No. 02 Civ. 7317 (TPG) <br> : **ECF CASE** |
| v. | : <br> : |
| L. DENNIS KOZLOWSKI, | : NOTICE OF APPEARANCE AND <br> : REQUEST FOR ELECTRONIC |
| Defendant/Counterclaim Plaintiff. | NOTIFICATION <br> : <br> : <br> : |

------------------------------------------------------------ x

PLEASE TAKE NOTICE that L. Dennis Kozlowski appears in the case captioned above by his counsel, Tricia B. Sherno of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
       August 3, 2012

DEBEVOISE & PLIMPTON LLP

By: /s/ Tricia B. Sherno
Tricia B. Sherno
tbsherno@debevoise.com
919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorney for Defendant/Counterclaim Plaintiff
L. Dennis Kozlowski*

23716633v1

TO:    Charles Wm. McIntyre
McGuireWoods LLP
2001 K. Street N.W., Suite 400
Washington, D.C.  20006-1040
Telephone:     (202) 857-1700
Facsimile:      (202) 857-1737
cmcintyre@mcguirewoods.com

Mark L. Levine
Bartlit Beck Herman Palenchar & Scott LLP
53 W. Hubbard Street, Suite 300
Chicago, IL  60654
Telephone:     (312) 494-4400
Facsimile:      (312) 494-4440
mark.levine@bartlit-beck.com

*Attorneys for Plaintiffs/Counterclaim Defendants Tyco International Ltd. and Tyco International (US) Inc.*