UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.,         :   02 Civ. 7317 (TPG)

    Plaintiffs/Counterclaim Defendants,   :   ECF Case

          – against –                          :   **MOTION TO ADMIT COUNSEL**
                                              :   *PRO HACE VICE*

L. DENNIS KOZLOWSKI,

    Defendant/Counterclaim Plaintiff.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **ABBY MARIE MOLLEN**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for Plaintiffs/Counterclaim Defendants Tyco International, Ltd. and Tyco International (US) Inc. in the above-captioned action.

I am in good standing of the bars of the states of New York and Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 7, 2012

                              Respectfully submitted,

| | |
|---|---|
| Applicant's Name: | **ABBY MARIE MOLLEN** |
| Firm Name: | Barlit Beck Herman Palenchar & Scott |
| Address: | 54 W. Hubbard St., Suite 300 |
| City/State/Zip: | Chicago, IL 60654 |
| Phone Number: | 312-494-4431 |
| Fax Number: | 312-494-4440 |
| E-mail: | abby.mollen@bartlit-beck.com |

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ABBY MARIE MOLLEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 15, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 3, 2012**

*(signature)*

Clerk of the Court

4766



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Abby Mollen
Bartlit, Beck, Herman, Palenchar & Scott, LLP
Courthouse Place
54 North Hubbard Street
Suite 300
Chicago, IL 60654-5697

Chicago
Friday, July 27, 2012

In re: Abby Marie Mollen
Admitted: 2/6/2009
Attorney No. 6297224

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Deputy Registrar

AO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
TYCO INTERNATIONAL, et al.         :
TYCO INTERNATIONAL (US) INC.,      :
                                   :   Case No. 02-cv-7317 (TPG)
   Plaintiffs/Counterclaim Defendants, :
                                   :   ECF Case
   – against –                     :
                                   :   **CERTIFICATE OF SERVICE**
L. DENNIS KOZLOWSKI,               :
                                   :
   Defendant/Counterclaim Plaintiff. :
------------------------------ x

This is to certify that a true and correct copy of **ABBY MARIE MOLLEN's** Motion to Admit Counsel *Pro Hac Vice* and an Order for Admission *Pro Hac Vice* will be served on Defendant/Counterclaim Plaintiff L. Dennis Kozlowski via the Court's CM/ECF System.

Dated: 8/8, 2012

_____
James J. Simonelli

\41179077.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
TYCO INTERNATIONAL, LTD., et al., :
TYCO INTERNATIONAL (US) INC., :
: Case No. 02-cv-7317 (TPG)
  Plaintiffs/Counterclaim Defendants, :
: ECF Case
  -- against -- :
: **ORDER FOR ADMISSION**
L. DENNIS KOZLOWSKI, : *PRO HACE VICE*
:
  Defendant/Counterclaim Plaintiff. :
--------------------------------------- :x

      The motion of **ABBY MARIE MOLLEN** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bars of the States of New York and Illinois, and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **ABBY MARIE MOLLEN** |
| Firm Name: | Barlit Beck Herman Palenchar & Scott |
| Address: | 54 W. Hubbard St., Suite 300 |
| City/State/Zip: | Chicago, IL 60654 |
| Phone Number: | 312-494-4431 |
| Fax Number: | 312-494-4440 |
| E-mail: | abby.mollen@tyco.com |

      Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs/Counterclaim Defendants Tyco International, Ltd. and Tyco International (US) Inc. in the above entitled action;

      **IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

\41179077.1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated: _____, 2012

_____
United States District Judge

\41179077.1