IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYCO INTERNATIONAL LTD. and TYCO INTERNATIONAL (US) INC., <br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>L. DENNIS KOZLOWSKI,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 02-cv-7317 (TPG) |

**DECLARATION OF MARK L. LEVINE
IN SUPPORT OF TYCO'S MOTION TO QUASH SUBPOENA TO JANE GREENMAN**

I, Mark L. Levine, a partner with Bartlit Beck Herman Palenchar & Scott LLP and counsel for Plaintiffs Tyco International Ltd. and Tyco International (US) Inc. (collectively "Tyco"), respectfully submit this declaration in support of Tyco's Motion to Quash Subpoena to Jane Greenman, and declare under penalty of perjury as follows:

1. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action, addressed to Jane Greenman in the instant matter, dated July 12, 2012.

2. Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts of the deposition of Jane Greenman taken on February 1, 2007.

3. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Joint Pretrial Order in the instant matter, dated July 30, 2012.

Signed this 8th day of August, 2012 in Chicago, Illinois.

/s/ Mark L. Levine
Mark L. Levine

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of August, 2012, I electronically filed the foregoing Declaration of Mark L. Levine in Support of Tyco's Motion to Quash Subpoena to Jane Greenman with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      Robert N. Shwartz
      Rosa Collette Castello
      Shannon Rose Selden
      Jyotin Hamid
      Debevoise & Plimpton, LLP (NYC)
      919 Third Avenue, 31st Floor
      New York, NY  10022
      Telephone:     (212) 909-6000
      Facsimile:      (212) 909-6836
      rnshwartz@debevoise.com
      rcastell@debevoise.com
      srselden@debevoise.com
      jhamid@debevoise.com


                            /s/ Mark L. Levine
                            By Counsel