<u>Exhibit A</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

TYCO INTERNATIONAL LTD. and
TYCO INTERNATIONAL (US) INC.,

        Plaintiffs/Counterclaim
        Defendants,

v.

L. DENNIS KOZLOWSKI,

        Defendant/Counterclaim
        Plaintiff.

-----------------------------------------------------------------x

No. 02 Civ. 7317 (TPG)
**ECF CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/13

<u>**CONSENT JUDGMENT**</u>

    WHEREAS, Plaintiffs/Counterclaim Defendants Tyco International Ltd. and Tyco International (US) Inc. commenced this action by filing a complaint, on or about September 12, 2002, asserting various claims against Defendant/Counterclaim Plaintiff L. Dennis Kozlowski;

    WHEREAS, on or about April 9, 2003, Defendant/Counterclaim Plaintiff L. Dennis Kozlowski filed certain counterclaims against Plaintiffs/Counterclaim Defendants Tyco International Ltd. and Tyco International (US) Inc.;

    WHEREAS, in order to settle and resolve fully all matters of dispute between them, including, but not limited to, all claims and counterclaims that were asserted in this

action, the Parties have entered into a confidential settlement agreement effective as of November 26, 2013 (the "Settlement Agreement"); and

WHEREAS, the Settlement Agreement has been filed under seal with the Court as of December 5, 2013;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Parties shall comply in all respects with the terms of the Settlement Agreement; and

IT IS FURTHER ORDERED AND ADJUDGED that this action, and all claims and counterclaims asserted herein are, subject to the terms of the Settlement Agreement, dismissed with prejudice and without costs, except that this Court shall retain jurisdiction to enforce this Consent Judgment and the Settlement Agreement.

Dated: New York, New York
December 9, 2013

_____
Thomas P. Griesa
United States District Judge